Matter of Alhassane D.

2026 NY Slip Op 02057

April 7, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Alhassane D., a Person Alleged to be a Juvenile Delinquent, Appellant. Presentment Agency.

Decided and Entered: April 07, 2026

Docket No. D-36049/23|Appeal No. 6292|Case No. 2025-00678|

Before: Scarpulla, J.P., Friedman, Shulman, Rodriguez, Rosado, JJ.

Twyla Carter, The Legal Aid Society, New York (John A. Newbery of counsel), for appellant.

Muriel Goode-Trufant, Corporation Counsel, New York (Amanda Abata of counsel), for Presentment Agency.

[*1]

Order of disposition, Family Court, Bronx County (Cynthia Lopez, J.), entered on or about October 16, 2024, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of criminal possession of a weapon in the second degree, and placed him on level three probation for a period of 18 months, unanimously affirmed, without costs.

The court providently exercised its discretion when it adjudicated appellant a juvenile delinquent and placed him on level three probation, which was recommended by the Probation Department, and which was the least restrictive available alternative consistent with appellant's best interests and the community's need for protection (see Family Ct Act § 352.2[2][a]; Matter of Katherine W., 62 NY2d 947, 948 [1984]).

Although appellant's post-offense rehabilitative and educational achievements were significant, the court providently found that an adjournment in contemplation of dismissal would not have provided sufficient supervision, in view of the seriousness of the underlying offense (which involved appellant's possession of a firearm and participation in a violent gang assault near a school), ongoing daily use of marijuana, negative peer associations, and repeated failure to attend appointments for a court-ordered mental-health evaluation (see e.g. Matter of Michael F., 230 AD3d 414, 416 [1st Dept 2024]; Matter of Alioun T., 224 AD3d 433, 433-434 [1st Dept 2024]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 7, 2026